JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | | |
|---|---|---|
| DARIAN K. ROBINSON, | ) | Case No. EDCV 17-01257-SVW (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| HERIBERTO H. TELLEZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  November 15, 2017.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE